THE BERKLEY CONDOMINIUM RESIDENCES, INC. v. THE BERKLEY CONDOMINIUM ASSOCIATION, INC.

Dec. 20, 1979. Cross-Petition for certification granted.

STATE OF NEW JERSEY v. RADOSAV JOVANOVIC.

Dec. 20, 1979. Petition for certification denied.

PAUL PETRONE, INC., ETC. v. THE MAYOR AND COUNCIL OF THE BOROUGH OF PALISADES PARK.

Dec. 20, 1979. Petition for certification denied.

GERALDINE HARDY v. OFFICE OF THE COUNTY PROSECUTOR, COUNTY OF BERGEN.

Dec. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK JOHN HODGE.

Dec. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. HILLARY A. BEST.

Dec. 20, 1979. Petition for certification denied.